**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2409**

―――――――――

In Re: JOHN A. ANDREWS,

                                                    Debtor.

_____


JOHN A. ANDREWS,

                                        Plaintiff - Appellant,

        and

JOHN A. ANDREWS, II,

                                                    Plaintiff,

        versus

NATIONSBANK, N.A.; RIGGS NATIONAL BANK,

                                                    Defendants,

        and

RICHARD G. HALL,

                                        Trustee - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge. (CA-97-1092-A, BK-92-14879-AT)

―――――――――

Submitted: July 30, 1998          Decided: August 12, 1998

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wayne Gormly Travell, TUCKER, FLYER & LEWIS, Washington, D.C., for Appellant. Richard G. Hall, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing as moot his appeal from the bankruptcy court's order approving settlement of a lawsuit that was pending in the Superior Court of the District of Columbia. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Andrews v. Hall</u>, Nos. CA-97-1092-A; BK-92-14879-AT (E.D. Va. Sept. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2